UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Melissa Arias, *also known as* Elizabeth Carley,

Plaintiff

v.

Michael Fairweather, et al.,

Defendants

Case No.: 2:13-cv-01816-JAD-GWF

**Order Adopting Report and Recommendation [Doc. 8] and Dismissing Plaintiff's Complaint Without Prejudice**

Before the Court is Magistrate George Foley, Jr.'s Report and Recommendation regarding dismissal of Plaintiff's Complaint without prejudice for failing to show her conviction has been overturned. Doc. 8. The Report was entered on July 25, 2014, and objections were due August 11, 2014. Plaintiff has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Foley's Report and Recommendation **[Doc. 8] is ACCEPTED**.

It is further ORDERED that this action is **DISMISSED** without prejudice. The Clerk of Court is directed to close this case.

DATED August 15, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

1